Georgia K. McMillen, Esq., Wailuku, HI, for Defendant—Appellant.

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM **

John Steve Toledo appeals his 85–month sentence imposed following his guilty plea conviction for conspiracy to manufacture in excess of 50 grams of methamphetamine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), and knowing possession of a firearm by an unlawful user of a controlled substance in violation of 18 U.S.C. § 922(g)(3). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

UNITED STATES of America, Plaintiff—Appellee,

v.

David Aaron LUTHER, Defendant— Appellant.

No. 04–50097.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 27, 2005.

Elizabeth R. Yang, Esq., Joey L. Blanch, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff—Appellee.

Phillip I. Bronson, Esq., Encino, CA, for Defendant—Appellant.

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM **

David Aaron Luther appeals his 51–month sentence imposed following a guilty plea conviction for distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A).

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Forylan MEDINA–ALVAREZ, Defendant—Appellant.**

**No. 04–30421.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 27, 2005.

Pamela J. Byerly, Office of the U.S. Attorney, Spokane, WA, for Plaintiff-Appellee.

Kimberly Deater, Esq., Federal Public Defender's Office, Spokane, WA, for Defendant-Appellant.

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Forylan Medina–Alvarez appeals the 18–month sentence imposed following his guilty plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we remand.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

SENTENCE REMANDED.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Bernardo CARLOS, Defendant— Appellant.**

**No. 04–50499.**

United States Court of Appeals, Ninth Circuit.

Oct. 28, 2005.

U.S. Attorney, Kevin M. Mulcahy, Esq., USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.